NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN VEHICULAR SCIENCES LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS INC.,**
*Appellee*

---

2017-2307

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00364.

---

**JUDGMENT**

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellant. Also represented by GREGORY J. GONSALVES, Gonsalves Law Firm, Falls Church, VA.

DAVID LANGDON CAVANAUGH, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellee. Also represented by GREGORY H. LANTIER, ANURADHA SIVARAM, JONATHAN RUDOLPH KOMINEK STROUD, DANIEL V. WILLIAMS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 19, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |